JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JAIME QUINTERO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAIME QUINTERO-GARCIA,<br><br>            Defendants. | NO. Cr.S. 1 0-253-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>Date: January 29, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, attorney for JAIME QUINTERO-GARCIA that the status conference hearing date of January 22, 2013, be vacated, and the matter be set for status conference on January 29, 2013, at 9:45 a.m.

     The reason for the continuance is to allow defense counsel to visit Mr. Quintero-Garcia once more for the purpose of obtaining his signature on the plea agreement and answering any last questions he may have.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 29, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare]

/ / /

/ / /

and Local Code T4 based upon continuity of counsel.

DATED:  January 17, 2013                Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Federal Public Defender

                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Assistant Federal Defender
                                        Designated Counsel for Service
                                        Attorney for JAIME QUINTERO-GARCIA

DATED:  January 17, 2013                BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Courtney Fein for
                                        NIRAV DESAI
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 22, 2013, status conference hearings be continued to January 29, 2013, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the January 29, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    1/17/2013                     /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge